JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>1025 MCFARLAND, LLC, dba PACIFIC RV PARK, a California limited liability company, et al.,<br><br>Defendants. | Case No. 2:25-cv-05296-AB (MBKx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **DISMISSES** this action without costs and without prejudice to the right to re-open the action within **60 days** upon good cause shown if the settlement is not completed.

All hearing dates are hereby **VACATED**.

Dated: August 4, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE